

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2020

No. 04-19-00694-CV

Felicidad **MARTINEZ**,
Appellant

v.

**CITY OF LAREDO**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK000800D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

On October 6, 2020, we ordered appellee to file its brief by November 2, 2020. On October 30, 2020, appellee filed an amended unopposed motion requesting additional time to file its brief. After consideration, we **GRANT** appellee's motion and **ORDER** appellee to file its brief **by December 2, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court